JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE A. F., an Individual,<br><br>          Plaintiff,<br><br>          v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:22-06765 ADS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED:  January 30, 2024

                                         /s/ Autumn D. Spaeth
                                    THE HONORABLE AUTUMN D. SPAETH
                                    United States Magistrate Judge